IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NAEL SHALABI<br><br>Individually, and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A. and PNC FINANCIAL SERVICES GROUP, INC.<br><br>      Defendants. | Case No. 1:16-cv-3964<br><br>Judge Bucklo<br>Magistrate Judge Finnegan |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Defendants PNC Bank, N.A. and PNC Financial Services Group, Inc., and Plaintiff Nael Shalabi, jointly file this Stipulation of Dismissal of all of Plaintiff's claims and causes of action, with prejudice.

The Parties respectfully request that this action be dismissed, in its entirety, with prejudice. Each party will bear its own costs and attorneys' fees.

- 2 -

Respectfully submitted on this 9th day of January, 2017

By: /s/ Mathew D. Dudek

Mathew D. Dudek (ARDC # 6299690)
Mark D. Temple
REED SMITH LLP
10 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 207-1000
Fax: (312) 207-6400
mdudek@reedsmith.com
mtemple@reedsmith.com
Attorneys for Defendants


By: /s/ Ryan F. Stephan

Ryan F. Stephan
Jorge A. Gamboa
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Telephone: 312-233-1550
Facsimile: 312-233-1560
rstephan@stephanzouras.com
jgamboa@stephanzouras.com
Attorneys for Plaintiff